## THOMAS *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 98, September Term, 1964.]

*Decided February 4, 1965.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY, SYBERT, OPPENHEIMER and BARNES, JJ.

PER CURIAM.

The application of LeRoy Thomas for leave to appeal from the order denying him post conviction relief from his imprisonment for grand larceny is hereby denied for the reasons stated in the opinion filed by Judge Keating in the lower court.

*Application denied.*